**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7180

MARK E. RICHARDS,

                    Plaintiff - Appellant,

          v.

WENDY K. BROWN, Manager, Court and Legal Services Section,
Virginia Department of Corrections, sued individual and
official capacity; GARY L. BASS, Chief of Operations,
Virginia Department of Corrections, sued individual and
official capacity; LESLIE RITENOUR, Legal Researcher, Court
and Legal Services Section, Virginia Department of
Corrections, sued individual and official capacity,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:11-cv-00426-REP)

Submitted: October 22, 2013          Decided: October 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark E. Richards, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark E. Richards appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing as frivolous his complaint and denying his motion submitted under Fed. R. Civ. P. 59. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Richards v. Brown</u>, No. 3:11-cv-00426-REP (E.D. Va. Sept. 18, 2012; June 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>